
RECEIVED
IN MONROE, LA
AUG 21 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CLARENCE EVERETT<br>LA. DOC #82290 | CIVIL ACTION NO. 09-0399 |
| | SECTION P |
| VS. | |
| | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 5], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 6];

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 21 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE